

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2020

No. 04-20-00212-CR

Felipe **Negrete,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-05-13279-CR
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

Appellee's motion for an extension of time to file its brief is GRANTED. Appellee's brief is due on or before **February 15, 2021**. **No further extensions will be granted absent extenuating circumstances.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court